(84 South. 601.)

No. 23340.

**DELTA LAND & TIMBER CO. v. WORD, Assessor, et al.**

(May 3, 1920.)

Appeal from Twelfth Judicial District Court, Parish of Vernon; John H. Boone, Judge.

Proceedings by the Delta Land & Timber Company against J. H. Word, assessor, and others. From a decision for defendants, plaintiff appeals. Reversed and rendered.

W. W. Thompson, of Leesville, for appellant.
Fern M. Wood and W. M. Lyles, both of Leesville, for appellees.

DAWKINS, J. The issues in this case are substantially the same as those presented in the case of Vernon Parish Lumber Co. v. Word, Assessor, et al. (No. 23,341) 84 South. 358,[1] decided by this court on April 5, 1920, and appealed from the same parish. Plaintiff claims that the police jury has adopted an excessive percentage of the cash valuation of its property as fixed by the board of state affairs for assessment purposes, i. e., 45 per cent., and alleges that 37½ per cent. would be sufficient to meet the needs of the parish. We adhere to the conclusions of law announced in the Vernon Parish Lumber Co. Case, and see no occasion to reiterate the same here. We found there that 38 per cent. of the cash valuation of property in Vernon parish, as found by the board of state affairs, would be sufficient to cover the budget and to meet the needs of the parish, and shall adopt the same basis in the present case.

For the reasons assigned, the judgment appealed from is annulled and reversed, and it is now ordered, adjudged, and decreed that, in so far as the percentage of value adopted for parish purposes exceeds 38 per cent. of the cash valuation found by the board of state affairs, the same is annulled, and the sheriff and tax collector is enjoined not to use a greater percentage thereof in collecting parish taxes upon plaintiff's property.